UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR CASTANON,<br><br>  Plaintiff,<br><br>v.<br><br>EQUIFAX INC.; DOES 1-10,<br><br>  Defendants. | Case No. 1:18-cv-00405-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 7) |

On June 28, 2018, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 7). All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **June 29, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1